USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 30, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WEI DONG,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　-against-<br><br>**THOMAS A. CIOPPA,** *New York District Director, U.S. Citizenship and Immigration Services*,<br><br>　　　　　　　　　　**Defendant.** | 21-cv-8076 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　On September 29, 2021, Plaintiff filed a complaint in the nature of mandamus. ECF No. 1. Defendant was served on October 1, 2021, and Defendant entered an appearance on October 7, 2021. ECF Nos. 5, 6. Defendant's answer was due on October 22, 2021.

　　To date, Defendant has not filed its answer. The parties are ordered to submit a joint status report by **December 7, 2021**.

**SO ORDERED.**

Dated:　November 30, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**